UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



FILED
DEC 12 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

YVES MABONEZA )
Plaintiff )
)
)
vs. ) Case No. 17-1562 SEM/TSH
)
OFFICER HADLEY )
BADGE # 3083 )
)
)
Defendant(s) )

## COMPLAINT

■ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, YVES M. MABONEZA, and states as follows:

My current address is: 2600 N. BRINTON AV.
DIXON, ILLINOIS, 61021

The defendant OFFICER HADLEY, is employed as Correction Officer
at PONTIAC C. CENTER

The defendant _____, is employed as _____
at _____

The defendant _____, is employed as _____
                              at _____

The defendant _____, is employed as _____
                              at _____

                                                                    (revised 9/96)
The defendant _____, is employed as _____
                              at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐    No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                              Yes ☐    No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____

   Defendant(s) _____

   _____

2. Court (if federal court, give name of district; if state court, give name of county)

_____

___

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it     still pending?)

_____

6. Approximate date of filing of
lawsuit_____

7. Approximate date of disposition
_____

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒
No ☐   If your answer is no, explain why not

_____

_____

___

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

## STATEMENT OF CLAIM

Place of the occurrence: PONTIAC C.C. MSU DORM C

Date of the occurrence: 8-16-16

Witnesses to the occurrence: C/O ABERLE, C/O WORKMAN

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

C/O ABERLE AND C/O WORKMAN witnessed the attack, Inmate HERNANDEZ, Inmate PULFER, Inmate SERGIO DUKE and Inmate John Doe also witness the attack from beginning to end C/O Moore witnessed the attack against me as C/O John Doe Lt. Krasnican know all about the attack as Lt. John Doe and the Internal Affair Lt. John Doe know all about the attack against me by officer Hadley Badge#3083.

On August 16, 2016 around 2:50Pm I was ordered to move from DORM C Cell 104 to DORM C, Cell 312 by

Lt. KRASNICAN, as I was pushing my properties box out of wing 100 heading to wing 300, C/o HADLEY #3083 stopped me at the door of wing 100 and ordered me to go back up pointing to my old cell 104, which I was ordered to vacate by Lt. Krasnican, I tried to ask C/o Hadley why, Immediately C/o Hadley started yelling at me and started choking me by my neck C/o Hadley pushed me on the shower wall, then C/o Hadley dragged me by my neck to the day room. C/o Hadley continued choking me and cursing me then C/o Hadley tackled me to the floor, my head hit the floor so hard, all this time I was not resisting nor threatening him C/o Hadley started hitting me with his elbow and bouncing on top of me, C/o Aberle Badgett 8166 rushed came trying to stop C/o Hadley from assaulting, handcuffed me with no resistance, all of the sudden C/o Hadley dragged me while on the floor from the back handcuffed, C/o Aberle helped me out to get up C/o Hadley full of rage insulting me and pulling me out the door aggressively while not resisting, once outside C/o Hadley tackled me once more on the grass while handcuffed from the back C/o Workman and C/o John Doe rushed to stop C/o Hadley

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1. To Be Compensated For the traumatic aggressive assault by C/O Hadley.
2. For C/O HADLEY to be suspended without Pay For 2 weeks.
3. For C/O HADLEY to undergo Drug/Alcohol treatment and attend Anger Management And be Properly educated to not abuse power bestowed on him by the People of Illinois
4. For C/O HADLEY to apologize to all hard working Honest fellow officers For letting them down

JURY DEMAND    Yes ☒    No ☐

Signed this  17  day of  November , 19 2017 .

(Signature of Plaintiff)

Name of Plaintiff: YVES M. MABONEZA
Address: 2600 N. BRINTON AV. DIXON, ILLINOIS, 61021

Inmate Identification Number: Y12729
Telephone Number:

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
Pontiac Correctional Center

Offender Information:
Last Name: Maboneza
First Name: YVES
MI:
ID#: Y12729

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16-16 4:02 PM | MD note<br>S: A 29 y/o A/Am male c̄ h/o of altercation c̄ C.O.<br>— C-104 c/o gen body aches<br>O: B/P x3' vss.<br>HEENT — PERRLA, EOMI<br>BP 148/94<br>P 88    chest clear<br>O₂ 99%    CV RRR, S1 S2<br>R 16    Abd soft, NT, non tender<br>T 97.2    Extrem. fullness<br>WT 188    no N/V deficit<br>no acute distress<br>A: 1. S/P altercation c̄ grossly normal exam | P: 1. Cont. pres. Rx<br>2. RTC PRN<br><br>[signature] 8-16-16 4:08 PM<br><br>[signature] |

Distribution: Offender's Medical Record
DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Outpatient Progress Notes
Pontiac Correctional Center

Offender Information:
Last Name: Mayboneze
First Name: Yves
ID#: Y12724

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9-15-16 2:10p 17ᵗᵉᵐᵖ 71 12 128/88 95/RA ∅ | NP Note<br>S. I/M presents to U.C. to be seen following an alleged altercation. Offender states his C.O. took him down, hurting his neck, back and arms last month.<br>O. VSS AIOx3, afebrile<br>Lungs - CTAB bilat ease<br>CAD - RRR S₁S₂<br>M/S - Full ROM, 5/5<br>Derm - wnl<br>Abd - Soft NT (+)BS<br>Ext - wnl<br>A. normal PE | 1. RTC prn<br><br>C Hansen<br>FNP<br>9-15-16 5:15pm |

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# MEMORANDUM

DATE: 8-19-16

TO: Name: Mabonga  IDOC #: Y12729

FROM: Grievance Officer S. Simpson
Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 8-18-16  Topic: Staff  Issue: Officer Hadley (8-16-16)
Conduct

The attached is being returned for the reason(s) listed below:

_____ Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first attempt to resolve incidents, problems or complaints, other than complaints concerning disciplinary proceedings, through his counselor".

_____ Use proper Committed Person's Grievance (DOC 0046).

_____ Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____ Forward grievance directly to the Administrative Review Board (protective custody, enforced medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's Office, decisions rendered by the Director).

_____ Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be addressed further. Discovery date of incident, occurrence, or problem: _____.

_____ Unable to determine nature of grievance/correspondence. Submit additional specific information.

_____ Illegible copy submitted – submit legible copy for consideration.

_____ Request restoration of GCC, segregation time cut, grade restoration to the Adjustment Committee. If request is denied, utilize the grievance process for further consideration.

Page 1 of 2

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

_____ Issue has been previously addressed on _____. No justification for further consideration.

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency. If you reject this decision, forward your grievance directly to Grievance Office.

__X__ Other: *Your grievance complaint has been forwarded to Internal Affairs for review. Enclosed is a copy for your records.*

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE

Date: 8-18-16  Offender (Please Print): YVES MABONEZA  ID#: 412729
Present Facility: Pontiac  Facility where grievance issue occurred: Pontiac

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): _____

- [ ] Disciplinary Report: 8/16/16
      Date of Report          Facility where Issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved): On tuesday August 16 around 1:50pm I was ordered to move from cell C104 to C312 on M.S.U for the apparent reason of my cell C104 was Inhabitable due to Problem with the locks. I obeyed and told my celly "HERNANDEZ" to pack his belongings which I did likewise. I got to move my mattress and bedding articles to C312 where my new celly held the door for me while I got it in →

Relief Requested: _____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: [signature]  ID#: 412729  Date: 8.18.16
(Continue on reverse side if necessary)

Counselor's Response (if applicable)

Date Received: 8/19/16   [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name    Counselor's Signature    Date of Response

EMERGENCY REVIEW

Date Received: __/__/__   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender     Page 1     DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

As I went back to get my books from the gallery, I pushed it through the door. As I was going back to get my book from one the cell and was about to walk out the door, I was met by officer Hadley Badge # 3082 approached me and block me from getting out the door. Mr. Hadley told me to go back to C104 which he pointed with his finger. I now was confused not knowing why he would order me to go back in the cell I was told not to be in for Inhabitable reasons. I asked Mr. Hadley why I didn't even finish my sentence, Mr. Hadley started telling at "what you mean why." As I was to respond and tell him why I couldn't go back in there and the underneath "changed" didn't even get a chance to say. Mr. Hadley got loud started to clinch his teeth and choked me street notices and made my back slam the shower wall. I couldn't believe what was happening. Silently I pray that God give me self control and not do anything that I'd later regret so I put my hands behind my back while officer Hadley kept assaulting me. Choked me then dragged me by my neck to the dayroom. I could see speedually including other C/Os couldn't believe what they were witnessing. Mr. Hadley kept choking me and cursing me while I was not resisting or fighting him. W Hadley tackled me to the floor and my head hit speed on the floor then C/o Abede rushed to stopped Mr. Hadley from assaulting me. I let him handcuffed me with no resistance. He kept twisting my hand and bouncing on top of me then dragged me while on the floor from the back. I thought my hand would break. As he let me get up as I was walking outside. Mr. Hadley tackled me on the grass yet again. I didn't do nothing to deserve such harassment.

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Offender Name: **Maboneza, Yves**   Date: **4-5-17**

Register #: **Y12729**

Facility: **DAN**

This is in response to your grievance received on **9/29/16**. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: **9-25-16**   Grievance Number: **———**   Griev Loc: **PON**

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary ____
- ○ Personal Property ____
- ○ Mailroom/Publications ____
- ○ Assignment (job, cell) ____
- ○ Commissary ____
- ○ Trust Fund ____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated ____ Incident # ____
- ○ Other ____

Based on a review of all available information, this office has determined your grievance to be:

- ○ Affirmed, Warden ____ is advised to provide a written response of corrective action to this office by ____.
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on ____ was reviewed in accordance with transfer procedures and is an administrative decision.
- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.

Other: **Per IA staff misconduct not substantiated. Per Medical offender has been assessed and is receiving treatment deemed necessary by facility medical staff**

FOR THE BOARD: **Melissa Phoenix**   CONCURRED: **John R. Baldwin**
Melissa Phoenix
Administrative Review Board

John R. Baldwin
Acting Director

CC:  Warden, **DAN** Correctional Center
**Maboneza, Yves**, Register No. **Y12729**

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

YVES MABONEZA
I/N Y12729
2600 N. BRINTON AV
DIXON IL 61021

THIS CORRESPONDENCE
IS FROM AN INMATE OF THE ILLINOIS
DEPT OF CORRECTIONS



Job 16:19
Roman 13
Roman 8

USDC
600 E. MONROE St
SPRINGFIELD, IL 62701

PRIVILEGE MAIL

PRiViLEGE MAiL

Job 16:19
ROMAN 13
ROMAN 8