IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| YVES MABONEZA, #Y12729, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 17-1562-SEM-TSH |
| | ) |
| VICTORIA HADLEY | ) |
| | ) |
| Defendant, | ) |

**DEFENDANT DAVID HADLEY'S ANSWER AND**
**AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT**

The Defendant, DAVID HADLEY, by and through his attorney, LISA MADIGAN, Attorney General of the State of Illinois, and for his Answer and Affirmative Defenses to Plaintiff's Complaint (d/e 1), states as follows:

**STATEMENT OF CLAIM[1]**

Plaintiff alleges that on August 16, 2016, Correctional Officer Hadley ordered Plaintiff back to a cell which Plaintiff was in the process of vacating pursuant to another officer's order. Plaintiff asked for an explanation, whereupon Officer Hadley began yelling and cursing at Plaintiff. Officer Hadley then choked Plaintiff, pushed and dragged Plaintiff by his neck, tackled Plaintiff to the floor, and bounced on top of Plaintiff while hitting Plaintiff. Plaintiff alleges that he was not resisting or acting in a threatening manner.

**ANSWER**:  **Defendant Hadley lacks knowledge or information sufficient to form a belief about the truth of whether on August 16, 2016, the Plaintiff was in the process of vacating his cell pursuant to another officer's order. Defendant denies the remaining allegations contained within this paragraph.**

---

[1] Pursuant to local rule 16.3, *CDIL-LR 16.3*, the claims and issues will be limited to those identified in the merit review order. (d/e 9)

**RELIEF REQUESTED**

Defendant denies that Plaintiff is entitled to any relief whatsoever.

**JURY DEMAND**

Defendant demands a trial by jury.

**AFFIRMATIVE DEFENSES**

**1.    Qualified Immunity**

At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendant is therefore protected from suit by the doctrine of qualified immunity.

**2.    Failure to Exhaust Administrative Remedies**

Plaintiff filed this lawsuit claiming excessive force by Defendant Hadley while in the custody of the Illinois Department of Correction and failed to exhaust his administrative remedies prior to the initiation of this cause of action. Plaintiff's suit is therefore barred by the Prison Litigation Reform Act (42 U.S.C. § 1997).

WHEREFORE, Defendant respectfully requests that this honorable Court enter judgment in his favor.

Respectfully submitted,

DAVID HADLEY,

Defendant,

| | |
|---|---|
| Joseph E. Okon, #6324434 | LISA MADIGAN, Illinois Attorney General, |
| Assistant Attorney General | |
| 500 South Second Street | Attorney for Defendant, |
| Springfield, Illinois  62701 | |
| (217) 782-9767 Phone | By:  s/Joseph E. Okon |
| (217) 524-5091 Fax | JOSEPH E. OKON |
| Email: jokon@atg.state.il.us | Assistant Attorney General |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| YVES MABONEZA, #Y12729, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 17-1562-SEM-TSH |
| | ) |
| VICTORIA HADLEY | ) |
| | ) |
| Defendant, | ) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 23, 2018, the foregoing document, *Defendant David Hadley's Answer and Affirmative Defenses to Plaintiff's Complaint*, was electronically filed with the Clerk of the Court using the CM/ECF system, and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Yves Maboneza #Y-12729
Dodge County Detention Facility
Inmate Mail/ Parcels
216 West Center Street
Juneau, WI 53039

Respectfully submitted,

　 s/Joseph E. Okon　　　
Joseph E. Okon, #6324434
Assistant Attorney General
Attorney for Defendant
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-7081 Phone
(217) 524-5091 Fax
Email:  jokon@atg.state.il.us