YVES M. MABONEZA
078-767-348
111 S. ALABAMA
OKMULGEE, OK 74447

FILED
FEB 14 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NUMBER: 17-cv-1562                    Feb. 8, 2020
CASE NAME: MABONEZA V. HANLEY

NOTICE OF ADDRESS CHANGE.

I would like to notify this honorable court of my new place of detention address and I would like to make a request to the court for a new writ of Habeas Corpus Ad Testificandum mailed/faxed to my new place of detention. Judge Tom Schanzle-Haskin ordered the settlement conference for Tuesday, Feb. 25, 2020 beginning at 1:30pm CST. I would like to request of the clerk of the court to be kind and make sure that my new place of detention get notified of the Feb. 28, 2020 settlement conference.
You are truly appreciated
Thank you.
                            YVES MABONEZA [signature]