IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| YVES MABONEZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 17-1562-SEM-TSH |
| | ) |
| DAVID HADLEY, | ) |
| | ) |
| Defendant, | ) |

## DEFENDANT'S MOTION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL DEADLINES

The Defendant, DAVID HADLEY, by and through his attorney, Kwame Raoul, Attorney General for the State of Illinois, moves pursuant to Federal Rule 16 to continue the pretrial conference and trial deadlines set in this matter.

Defendant provides the following in support of his motion:

1. Former Assistant Attorney General Joseph Okon was assigned to represent the Defendant in the beginning stages of this action. Mr. Okon left the Office of the Illinois Attorney General at the end of March 2019, just before the dispositive motion deadline in this matter. Because of the short turnaround, general caseloads, and other case transfers due to the departures of Okon and other AAsG who left in the Spring of 2019, the undersigned took over this matter temporarily.

2. The undersigned appeared for Defendant in April 2019. [Docs 40-41]. No dispositive motion could be filed because there were genuine factual disputes that required trial.

3. Eventually, when caseloads in the office flattened out and staffing was relatively stable, the undersigned was able to transfer this matter to AAG Azariah Jelks. Ms. Jelks entered

1

an appearance for Defendant and was substituted as counsel. [Docs 59-60].

4. This case is now set for trial to begin in June 2020. There is a telephonic pretrial conference set for May 11 along with other attendant pretrial deadlines. [Text order entered Feb. 28, 2020].

5. AAG Jelks has been ill since mid-March, and the illness has not resolved. Ms. Jelks has been unable to keep up with current deadlines due to her illness, and many of her cases have been re-assigned. Ms. Jelks was up-to-speed on this case and beginning trial preparations, but pretrial documents have not been finalized and will not be completed by the deadlines. Moreover, it does not appear that Ms. Jelks will be able to attend the pretrial conference or conduct trial preparations in coming weeks.

6. The undersigned will not be able to complete the pretrial documents in the time that remains. Further, the undersigned is not available for the trial date as it is presently set.

7. Accordingly, Defendant asks this Court to continue the pretrial conference, pretrial filing dates, and trial for eight weeks. That will give defense counsel additional time to recover and, if full recovery seems much longer away, the Office of Attorney General will have more time to reassign this case for trial purposes.

8. Federal Rule 16(b)(4) allows for the modification of a schedule with the Court's consent and for good cause. There is good cause to continue these dates, as discussed above.

WHEREFORE, Defendant respectfully requests that this Court continue the pretrial and trial dates in this matter for at least eight weeks.

          Respectfully submitted,

          DAVID HADLEY,

              Defendant,

          KWAME RAOUL, Attorney General,
          State of Illinois

Lisa Cook #6298233           Attorney for Defendant,
Assistant Attorney General
500 South Second Street        By:   s/Lisa Cook
Springfield, IL 62701             Lisa Cook
Phone: (217) 785-4555           Assistant Attorney General
Fax:   (217) 782-8767
E-mail:lcook@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| YVES MABONEZA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 17-1562-SEM-TSH |
| | ) |
| DAVID HADLEY, | ) |
| | ) |
| Defendant, | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2020, I caused the foregoing *Defendant's Motion To Continue Final Pretrial Conference And Trial Deadlines* to be electronically filed with the Clerk of Court using the CM/ECF system and I hereby certify that on the same date, I caused a copy of same to be mailed by United States Postal Service, in an envelope fully prepaid and properly addressed, to the following participant:

Yves Maboenza, 078-767-348
Okmulgee County Criminal Justice Authority
111 S. Alabama
Okmulgee, OK 74447

Respectfully Submitted,

s/Lisa Cook
Lisa Cook, #6298233
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
Phone: (217) 785-4555
Fax: (217) 782-8767
E-Mail:  lcook@atg.state.il.us

4