# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**Yves M. Maboneza** )
Plaintiff(s) )
)
vs )  Case Number: __17-1562__
)
**Hadley** )
Defendant(s) )

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE WARDEN of __Okmulgee CCJA__ at __Okmulgee, OK__.

WE COMMAND that you produce the body of __Yves M Maboneza__, Register No. __078-767-348__, who is in your custody at __Okmulgee CCJA__ before the United States District Court on __8/10/2020 at 1:30 PM CST__ by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. At the termination of said hearing you may return him to his current regular assignment.

WITNESS the Honorable Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois.

DATED: __5/4/2020__

BY: __s/Shig Yasunaga__
Shig Yasunaga,
Clerk, U.S. District Court