# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| YVES MABONEZA, | ) | Honorable Sue E. Myerscough |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-1562 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff and Defendant, through their undersigned counsel, submit the following Joint Status Report as required by the Court's minute order of June 15, 2020. Per the Court's order, the parties have conferred regarding the status of this litigation and submit the following statement of their respective interests.

1. Plaintiff and Defendant are willing to proceed with a bench trial before the Honorable Sue E. Myerscough.

2. Plaintiff is not willing to consent to trial before the Magistrate.

3. Defendant is willing to conduct the trial via videoconference.

4. On June 17, 2020, Plaintiff's attorney discussed with Plaintiff his right to appear at trial in person and his option to have a trial via videoconference, but Plaintiff did not make a final decision.

5. Since June 17, 2020, Plaintiff's attorney has called the Okmulgee County Detention Center several times to schedule another legal call with Plaintiff to determine whether he is willing to proceed with a trial via videoconference. However, Plaintiff's attorney has been unsuccessful in reaching anyone at the Okmulgee County Detention Center to schedule such a phone call.

6.   Plaintiff's counsel will advise the Court and Defendant's counsel as soon as possible whether Plaintiff is willing to proceed with a trial via videoconference.

Respectfully submitted,

By: /s/ Arlo Walsman

Arlo Law Office
Attorney for Plaintiff
161 N. Clark St., Suite 2500
Chicago, IL 60601
arlo@arlolawoffice.com
Phone: (312) 313-0035
Fax: (312) 724-9771
Attorney No. 6321684

By: /s/ Azariah Jelks

Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL 60701
ajelks@atg.state.il.us
Phone: (217) 557-0261
Fax: (217) 782-8767
Attorney No. 6324111

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| YVES MABONEZA, | ) | Honorable Sue E. Myerscough |
| | ) | |
| Plaintiff, | ) | Case No. 17-CV-1562 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID HADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to:

Azariah Jelks
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, IL 60701
ajelks@atg.state.il.us
Phone: (217) 557-0261
Fax: (217) 782-8767
Attorney No. 6324111

I further certify that I have mailed by United States Postal Service the document to the following non CMECF participants:

Yves Maboenza, 078-767-348
Okmulgee County Criminal Justice Authority
111 S. Alabama Avenue
Okmulgee, OK 74447

Respectfully submitted,

By: /s/ ARLO WALSMAN

3